NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**VICTORIA A. ROAQUIN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

—————————————

2012-7049

—————————————

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2917, Judge John J. Farley, III.

—————————————

**ON MOTION**

—————————————

**O R D E R**

The court construes Victoria A. Roaquin's filing as a motion to obtain counsel.

This court has no procedure to appoint counsel for pro se litigants. Mrs. Roaquin is advised that pro bono counsel may be available to veterans for representation at this court through various assistance programs, including the

VICTORIA ROAQUIN V. SHINSEKI                                    2

Federal Circuit Bar Association's Veterans Pro Bono Program.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that Mrs. Roaquin is given 60 days from the date of this order to obtain counsel.  If no counsel is obtained the case will proceed as per the court's normal schedule.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26